■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property Within the Area Bounded by Washington Avenue and Other Streets, in the Borough of The Bronx, Duly Selected as a Site for a Federally-aided Low-Rent Public Housing Project Known as Gouver-

neur Morris Houses. SAMUEL HYMAN et al., Respondents-Appellants; SEYMOUR ARENSON et al., Respondents.— Final decree unanimously affirmed, with costs to respondents, other than the above-named claimants-respondents-appellants, against the City of New York. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.